**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **JUAN SOSA-DELFIN,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 2:25-CV-00124** |
| | § | |
| **CHANDI TRUCKING, INC. AND DILAWAR HAUSSAIN,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**AGREED MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Plaintiff JUAN SOSA-DELFIN who files this Agreed Motion to Dismiss pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff and Defendants CHANDI TRUCKING, INC. and DILAWAR HAUSSAN have reached a settlement in the above-refenced cause of action and have resolved all issues in this matter. Accordingly, Plaintiff and Defendants jointly request that the Court enter a final order dismissing all of Plaintiff's claims against Defendants with prejudice which includes each Party bearing its on costs and attorneys' fees.

Respectfully submitted,

**DERRYBERRY ZIPS PLLC**
/s/Daryl L. Derryberry
Daryl L. Derryberry- Attorney in Charge
Texas Bar No. 05774600
dld@dzlawgroup.com
Craig D. Zips
Texas Bar No. 00797720
czips@dzlawgroup.com
1043 Asher Way, Suite 200
Tyler, Texas 75703
Tel: (903) 526-2767
Fax: (903) 526-2714
dld@dzwlaw.com

AND

**J. CHAD PARKER, PLLC**

J. Chad Parker
Texas Bar No. 00786153
3808 Old Jacksonville Road
Tyler, Texas 75701
Tel: (903) 509-3400
Fax: (903) 509-3401
Chad@jchadparker.com

**ATTORNEYS FOR PLAINTIFF**

AND

**MACDONALD DEVIN MADDEN KENICFICK & HARRIS, P.C.**

*By:/s/Jennifer Cheek___________
Patrick F. Madden-Attorney in Charge
Texas Bar No. 00787943
pmadden@mcdonalddevin.com
Jennifer Cheek
Texas Bar No. 24095098
jcheek@mcdonalddevin.com
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Tel: (903) 744-3300
Fax: (903) 747-0942
*Signature with Permission

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify on the 6th day of May 2025, the undersigned electronically filed the foregoing document with the clerk of the court for the United States District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system (CM/ECF). The electronic filing system will send a "Notice of Electronic Filing" to all attorneys of record who are registered with the court to receive filings by electronic means for this civil action.

/s/ Daryl L. Derryberry
**Daryl L. Derryberry**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **JUAN SOSA-DELFIN,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 2:25-CV-00124** |
| | § | |
| **CHANDI TRUCKING, INC. AND DILAWAR HAUSSAIN,** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**AGREED ORDER OF DISMISSAL**

On this date, came on the heard Plaintiff JUAN SOSA-DEFLIN'S and Defendants CHANDI TRUCKING, INC. and DILAWAR HAUSSAN Agreed Motion to Dismiss (the "Motion") pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court, after considering the Motion, finds that the Motion should be GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants CHANDI TRUCKING, INC. and DILAWAR HAUSSAN are dismissed with prejudice and each Party shall bear its on costs and attorneys' fees. This Order dismisses and disposes of all claims, and it is a final and appealable order.

SIGNED this the ______ day of ____________________, 2025.

**APPROVED & ENTRY REQUESTED:**

**DERRYBERRY ZIPS PLLC**

_/s/ Daryl L. Derryberry____________
Daryl L. Derryberry- Attorney in Charge
Texas Bar No. 05774600
Craig D. Zips
Texas Bar No. 00797720
1043 Asher Way, Suite 200
Tyler, Texas 75703
Tel: (903) 526-2767
Fax: (903) 526-2714
dld@dzwlaw.com
czips@dzwlaw.com
**ATTORNEYS IN CHARGE FOR PLAINTIFF**

**J. CHAD PARKER, PLLC**

J. Chad Parker
Texas Bar No. 00786153
3808 Old Jacksonville Road
Tyler, Texas 75701
Tel: (903) 509-3400
Fax: (903) 509-3401
Chad@jchadparker.com
**ATTORNEYS FOR PLAINTIFF**

**MACDONALD DEVIN MADDEN KENICFICK & HARRIS, P.C.**

*By: _/s/ Jennifer Cheek_________
Patrick F. Madden- Attorney in Charge
Texas Bar No. 00787943
pmadden@mcdonalddevin.com
Jennifer Cheek
Texas Bar No. 24095098
jcheek@mcdonalddevin.com
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Tel: (903) 744-3300
Fax: (903) 747-0942
*Signature with permission

**ATTORNEYS FOR DEFENDANTS**