**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JUAN SOSA-DELFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>CHANDI TRUCKING, INC. and<br>DILAWAR HUSSAIN,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00124-JRG |

**ORDER**

Before the Court is the Agreed Motion to Dismiss (the "Motion") filed by Plaintiff Juan Sosa-Delfin and Defendants Chandi Trucking, Inc. and Dilawar Hussain (collectively, the "Parties"). (Dkt. No. 11.) In the Motion, the Parties jointly ask the Court to dismiss "all of Plaintiff's claims against Defendants" in the above-captioned case with prejudice under Federal Rule of Civil Procedure 41. (*Id*. at 1, 4.) The Parties represent that they have reached a settlement and resolved all issues in the above-captioned case. (*Id*. at 1.)

Having considered the Motion, and noting it is agreed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all of Plaintiff's claims against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 20th day of May, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE